# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:25−cv−01207−DAE

Secure Communication Technologies, LLC v. Google LLC

Assigned to: Judge David A. Ezra

 Related Case:   1:25−cv−01579−DAE

Cause: 35:100 Patent Infringement

Date Filed: 08/04/2025

Jury Demand: Both

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**Secure Communication Technologies, LLC**     represented by     **Timothy E. Grochocinski**
Nelson Bumgardner Conroy PC
745 McClintock Road
Suite 340
Burr Ridge, IL 60527
708−675−1974
Email: tim@nelbum.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent N. Bumgardner**
Nelson Bumgardner Conroy P.C.
3131 West 7th Street
Suite 300
Fort Worth, TX 76107
(817) 377−9111
Fax: 817−377−3485
Email: brent@nelbum.com
*ATTORNEY TO BE NOTICED*

**Charles Austin Ginnings**
Nelson Bumgardner Conroy PC
745 McClintock Road
Suite 340
Burr Ridge, IL 60527
915−269−6788
Email: austin@nelbum.com
*ATTORNEY TO BE NOTICED*

**Christopher Granaghan**
Nelson Bumgardner Conroy P.C.
3131 West 7th Street
Suite 300
Fort Worth, TX 76107
817−377−9111
Fax: 817−377−3485
Email: chris@nelbum.com
*ATTORNEY TO BE NOTICED*

**Taryn N. Trusty**
Nelson Bumgardner Conroy PC
745 McClintock Dr

Suite 340
Burr Ridge, IL 60527
219–921–9541
Email: taryn@nelbum.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google LLC**                                    represented by    **Brian Christopher Banner**
                                                                    Slayden Grubert Beard PLLC
                                                                    401 Congress Avenue, Suite 1650
                                                                    Austin, TX 78701
                                                                    512–402–3569
                                                                    Fax: 512–402–6865
                                                                    Email: bbanner@sgbfirm.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Bill Trac**
                                                                    O'Melveny & Myers LLP
                                                                    Two Embarcadero Center, 28th Floor
                                                                    San Francisco, CA 94111–3823
                                                                    (415) 984–8700
                                                                    Fax: (415) 984–8701
                                                                    Email: btrac@omm.com
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Cason G. Cole**
                                                                    O'Melveny & Myers LLP
                                                                    2801 North Harwood Street
                                                                    Suite 1600
                                                                    Dallas, TX 75201
                                                                    972–360–1916
                                                                    Email: ccole@omm.com
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Darin W. Snyder**
                                                                    O'Melveny & Myers LLP
                                                                    Two Embarcadero Center, 28th Floor
                                                                    San Francisco, CA 94111–3823
                                                                    (415) 984–8700
                                                                    Fax: (415) 984–8701
                                                                    Email: dsnyder@omm.com
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Eric T. Ong**
                                                                    O'Melveny & Myers LLP
                                                                    Two Embarcadero Center, 28th Floor
                                                                    San Francisco, CA 94111–3823

415–984–8700
Email: eong@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Frances Mackay**
O'Melveny & Myers LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
972–360–1900
Email: fmackay@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Li Guo**
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063
650–351–7247
Email: lguo@bdiplaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Luann L. Simmons**
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111–3823
(415) 984–8700
Fax: (415) 984–8701
Email: lsimmons@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Liang**
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984–8700
Fax: (415) 984–8701
Email: mliang@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathaniel Legum**
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984–8700
Fax: (415) 984–8701
Email: nlegum@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Valerie Barker**
Slayden Grubert Beard PLLC

401 Congress Avenue
Suite 1650
Austin, TX 78701
512–402–5219
Email: vbarker@sgbfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2025 | Ï 1 | COMPLAINT *for Patent Infringement* ( Filing fee $ 405 receipt number ATXWDC–20540828). No Summons requested at this time, filed by Secure Communication Technologies, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Civil Cover Sheet)(Grochocinski, Timothy) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Grochocinski, Timothy) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 3 | Certificate of Interested Parties by Secure Communication Technologies, LLC. (Grochocinski, Timothy) (Entered: 08/04/2025) |
| 08/04/2025 | Ï | Case assigned to Judge David A. Ezra. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lme) (Entered: 08/04/2025) |
| 08/04/2025 | Ï | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Hightower. (lme) (Entered: 08/04/2025) |
| 08/04/2025 | Ï | DEMAND for Trial by Jury by Secure Communication Technologies, LLC. (lme) (Entered: 08/04/2025) |
| 08/04/2025 | Ï 4 | Pro Hac Vice Letter to Taryn N. Trusty. (lme) (Entered: 08/04/2025) |
| 08/05/2025 | Ï 5 | MOTION to Appear Pro Hac Vice by Timothy E. Grochocinski *on behalf of Taryn N. Trusty* ( Filing fee $ 100 receipt number ATXWDC–20548207) by on behalf of Secure Communication Technologies, LLC. (Grochocinski, Timothy) (Entered: 08/05/2025) |
| 08/05/2025 | Ï 6 | ORDER GRANTING 5 Motion to Appear Pro Hac Vice for Attorney Taryn N. Trusty for Secure Communication Technologies, LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (pg) (Entered: 08/06/2025) |
| 08/08/2025 | Ï 7 | NOTICE of Attorney Appearance by Timothy E. Grochocinski on behalf of Secure Communication Technologies, LLC (Grochocinski, Timothy) (Entered: 08/08/2025) |
| 08/08/2025 | Ï 8 | NOTICE of Attorney Appearance by Charles Austin Ginnings on behalf of Secure Communication Technologies, LLC (Ginnings, Charles) (Entered: 08/08/2025) |
| 08/08/2025 | Ï 9 | NOTICE of Attorney Appearance by Christopher Granaghan on behalf of Secure Communication Technologies, LLC (Granaghan, Christopher) (Entered: 08/08/2025) |
| 08/14/2025 | Ï 10 | NOTICE of Attorney Appearance *by Brent Bumgardner on behalf of Secure Communication Technologies, LLC* (Bumgardner, Brent) (Entered: 08/14/2025) |
| 09/08/2025 | Ï 11 | AMENDED COMPLAINT *First Amended Complaint for Patent Infringement* against Google LLC amending, filed by Secure Communication Technologies, LLC. (Attachments: # 1 Exhibit 1, # 2 |

| | | |
|---|---|---|
| | | Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Grochocinski, Timothy) (Entered: 09/08/2025) |
| 09/08/2025 | 12 | Report on Patent/Trademark sent to U.S. Patent and Trademark Office (pursuant to 11 Amended Complaint ). (pg) (Entered: 09/16/2025) |
| 09/18/2025 | 13 | REQUEST FOR ISSUANCE OF SUMMONS by Secure Communication Technologies, LLC. (Grochocinski, Timothy) (Entered: 09/18/2025) |
| 09/19/2025 | 14 | Summons Issued as to Google LLC. (pg) (Entered: 09/19/2025) |
| 09/26/2025 | 15 | Unopposed MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* by Google LLC. (Attachments: # 1 Proposed Order)(Banner, Brian) (Entered: 09/26/2025) |
| 09/29/2025 | Ï | Text Order GRANTING the Unopposed 15 Motion for Extension of Time to Answer. IT IS THEREFORE ORDERED that the deadline for Google to answer or otherwise respond to the Complaint is extended to November 17, 2025. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mmlc) (Entered: 09/29/2025) |
| 09/29/2025 | Ï | Reset Deadlines: Google LLC answer due 11/17/2025. (pg) (Entered: 09/30/2025) |
| 11/17/2025 | 16 | ANSWER to 11 Amended Complaint, with Jury Demand by Google LLC. (Attachments: # 1 Exhibit File History for US 11,334,918, # 2 Exhibit File History for US 11,074,615)(Banner, Brian) (Entered: 11/17/2025) |
| 11/17/2025 | 17 | RULE 7 DISCLOSURE STATEMENT filed by Google LLC identifying Corporate Parent Alphabet Inc., Corporate Parent XXVI Holdings Inc. for Google LLC. (Banner, Brian) (Entered: 11/17/2025) |
| 11/17/2025 | 18 | MOTION to Appear Pro Hac Vice by Brian Christopher Banner *(Li Guo)* ( Filing fee $ 100 receipt number ATXWDC−20988385) by on behalf of Google LLC. (Banner, Brian) (Entered: 11/17/2025) |
| 11/17/2025 | 19 | MOTION to Appear Pro Hac Vice by Brian Christopher Banner *(Nathaniel Legum)* ( Filing fee $ 100 receipt number ATXWDC−20988404) by on behalf of Google LLC. (Banner, Brian) (Entered: 11/17/2025) |
| 11/17/2025 | 20 | MOTION to Appear Pro Hac Vice by Brian Christopher Banner *(Mark Liang)* ( Filing fee $ 100 receipt number ATXWDC−20988417) by on behalf of Google LLC. (Banner, Brian) (Entered: 11/17/2025) |
| 11/17/2025 | 21 | MOTION to Appear Pro Hac Vice by Brian Christopher Banner *(Eric T. Ong)* ( Filing fee $ 100 receipt number ATXWDC−20988430) by on behalf of Google LLC. (Banner, Brian) (Entered: 11/17/2025) |
| 11/17/2025 | 22 | MOTION to Appear Pro Hac Vice by Brian Christopher Banner *(Luann L. Simmons)* ( Filing fee $ 100 receipt number ATXWDC−20988442) by on behalf of Google LLC. (Banner, Brian) (Entered: 11/17/2025) |
| 11/17/2025 | 23 | MOTION to Appear Pro Hac Vice by Brian Christopher Banner *(Darin W. Snyder)* ( Filing fee $ 100 receipt number ATXWDC−20988447) by on behalf of Google LLC. (Banner, Brian) (Entered: 11/17/2025) |
| 11/17/2025 | 24 | MOTION to Appear Pro Hac Vice by Brian Christopher Banner *(Bill Trac)* ( Filing fee $ 100 receipt number ATXWDC−20988451) by on behalf of Google LLC. (Banner, Brian) (Entered: 11/17/2025) |

| 11/17/2025 | 25 | NOTICE of Attorney Appearance by Brian Christopher Banner on behalf of Google LLC (Banner, Brian) (Entered: 11/17/2025) |
|---|---|---|
| 11/18/2025 | 26 | MOTION to Appear Pro Hac Vice by Brian Christopher Banner *(Frances Mackay)* ( Filing fee $ 100 receipt number ATXWDC–20992708) by on behalf of Google LLC. (Banner, Brian) (Entered: 11/18/2025) |
| 11/19/2025 | 27 | NOTICE of Attorney Appearance by Cason G. Cole on behalf of Google LLC. Attorney Cason G. Cole added to party Google LLC(pty:dft) (Cole, Cason) (Entered: 11/19/2025) |
| 11/19/2025 | 28 | ORDER GRANTING 18 Motion to Appear Pro Hac Vice for Attorney Li Guo for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (pg) (Entered: 11/20/2025) |
| 11/19/2025 | 29 | ORDER GRANTING 19 Motion to Appear Pro Hac Vice for Attorney Nathaniel Legum for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (pg) (Entered: 11/20/2025) |
| 11/19/2025 | 30 | ORDER GRANTING 20 Motion to Appear Pro Hac Vice for Attorney Mark Liang for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (pg) (Entered: 11/20/2025) |
| 11/19/2025 | 31 | ORDER GRANTING 21 Motion to Appear Pro Hac Vice for Attorney Eric T. Ong for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (pg) (Entered: 11/20/2025) |
| 11/19/2025 | 32 | ORDER GRANTING 22 Motion to Appear Pro Hac Vice for Attorney Luann L. Simmons for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (pg) (Entered: 11/20/2025) |
| 11/19/2025 | 33 | ORDER GRANTING 23 Motion to Appear Pro Hac Vice for Attorney Darin W. Snyder for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (pg) (Entered: 11/20/2025) |
| 11/19/2025 | 34 | ORDER GRANTING 24 Motion to Appear Pro Hac Vice for Attorney Bill Trac for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (pg) (Entered: 11/20/2025) |
| 11/19/2025 | 35 | ORDER GRANTING 26 Motion to Appear Pro Hac Vice for Attorney Frances Mackay for Google LLC. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (pg) (Entered: 11/20/2025) |

| | | |
|---|---|---|
| 12/15/2025 | 36 | Motion for leave to File Under Seal its Motion to Transfer Venue to the Northern District of California Under 28 U.S.C 1404(a) by Google LLC pursuant to W.D. Texas SDS procedures (pg) (Entered: 12/17/2025) |
| 12/18/2025 | 37 | Redacted Copy *Google's Motion to Transfer filed as Exhibits* of 36 Motion for leave to File Sealed Document by Google LLC pursuant to W.D. Texas SDS procedures by Google LLC. (Attachments: # 1 Affidavit Employee 1 Affidavit, # 2 Affidavit Employee 2 Affidavit, # 3 Affidavit Attorney Affidavit, # 4 Exhibit Exhibit 1, # 5 Exhibit Exhibit 2, # 6 Exhibit Exhibit 3, # 7 Exhibit Exhibit 4, # 8 Exhibit Exhibit 5, # 9 Exhibit Exhibit 6, # 10 Exhibit Exhibit 7, # 11 Exhibit Exhibit 8, # 12 Exhibit Exhibit 9, # 13 Exhibit Exhibit 10, # 14 Exhibit Exhibit 11, # 15 Exhibit Exhibit 12, # 16 Exhibit Exhibit 13, # 17 Exhibit Exhibit 14, # 18 Exhibit Exhibit 15, # 19 Exhibit Exhibit 16, # 20 Exhibit Exhibit 17, # 21 Exhibit Exhibit 18, # 22 Exhibit Exhibit 19, # 23 Exhibit Exhibit 20, # 24 Exhibit Exhibit 21, # 25 Exhibit Exhibit 22, # 26 Exhibit Exhibit 23, # 27 Exhibit Exhibit 24, # 28 Exhibit Exhibit 25, # 29 Exhibit Exhibit 26, # 30 Exhibit Exhibit 27, # 31 Exhibit Exhibit 28, # 32 Exhibit Exhibit 29, # 33 Exhibit Exhibit 30, # 34 Exhibit Exhibit 31, # 35 Exhibit Exhibit 32, # 36 Exhibit Exhibit 33, # 37 Exhibit Exhibit 34, # 38 Proposed Order)(Banner, Brian) (Entered: 12/18/2025) |
| 12/19/2025 | ï | Text Order GRANTING 36 Motion for Leave to File Sealed Document. The Clerk is INSTRUCTED to file the Motion and accompanying Exhibits UNDER SEAL. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LDlc) (Entered: 12/19/2025) |
| 12/19/2025 | 39 | *SEALED* Defendant Google LLC's Opposed Motion to Transfer Venue to the Northern District of California under 28 U.S.C.§ 1404(a) filed by Google LLC pursuant to W.D. Texas SDS procedures. (cnr) (Entered: 12/29/2025) |
| 12/22/2025 | 38 | Unopposed MOTION for Extension of Time to File Response/Reply *to Defendant's Opposed Motion to Transfer Venue* by Secure Communication Technologies, LLC. (Attachments: # 1 Proposed Order)(Grochocinski, Timothy) (Entered: 12/22/2025) |
| 12/23/2025 | ï | Text Order GRANTING 38 Motion for Extension of Time to File Response/Reply. IT IS THEREFORE ORDERED that Plaintiff's deadline to respond to Defendant's Motion to Transfer shall be extended to January 12, 2026, and Defendant's deadline to reply shall be extended to February 2, 2026. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LDlc) (Entered: 12/23/2025) |
| 01/12/2026 | 41 | Unopposed Motion for leave to File Under Seal Its Response to Defendant's Motion to Transfer to the Norther District of California by Secure Communication Technologies, LLC pursuant to W.D. Texas SDS procedures (pg) (Entered: 01/20/2026) |
| 01/13/2026 | 40 | NOTICE of Attorney Appearance by Valerie Barker on behalf of Google LLC. Attorney Valerie Barker added to party Google LLC(pty:dft) (Barker, Valerie) (Entered: 01/13/2026) |
| 01/21/2026 | ï | Text Order GRANTING 41 Unopposed Motion for Leave to File Sealed Document. The Clerk is INSTRUCTED to file [41−2] Plaintiff's Response and [41−3] Exhibit UNDER SEAL. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LDlc) (Entered: 01/21/2026) |
| 01/21/2026 | 42 | SEALED RESPONSE to Motion, filed by Secure Communication Technologies, LLC, re dkt # 39 Sealed Motion to transfer to the Northern District of California filed by Google LLC pursuant to W.D. Texas SDS procedures. (pg) (Entered: 01/23/2026) |
| 01/23/2026 | 43 | ATTACHMENT *Exhibits* to 42 Response to Motion by Secure Communication Technologies, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit |

| | | |
|---|---|---|
| | | 18, # 19 Exhibit 23, # 20 Exhibit 24, # 21 Exhibit 25, # 22 Exhibit 26, # 23 Exhibit 27, # 24 Exhibit 28, # 25 Exhibit 29, # 26 Exhibit 30, # 27 Exhibit 31, # 28 Exhibit 32, # 29 Exhibit 33, # 30 Exhibit 34, # 31 Exhibit B, # 32 Exhibit C, # 33 Exhibit D, # 34 Exhibit E, # 35 Proposed Order)(Grochocinski, Timothy) (Entered: 01/23/2026) |
| 01/27/2026 | 44 | NOTICE *of Readiness for Scheduling Conference* by Secure Communication Technologies, LLC (Grochocinski, Timothy) (Entered: 01/27/2026) |
| 02/22/2026 | 45 | UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28USC1404(a) by Google LLC pursuant to W.D. Texas SDS procedures (pg) (Entered: 02/26/2026) |
| 02/27/2026 | | Text Order GRANTING 45 Motion for Leave to File Sealed Document. The Clerk is INSTRUCTED to file Defendant's Reply [45−2] on the docket UNDER SEAL. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (LDlc) (Entered: 02/27/2026) |
| 02/27/2026 | 46 | REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 USC 1404(a) filed by Google LLC pursuant to W.D. Texas SDS procedures. (pg) (Entered: 03/04/2026) |
| 03/05/2026 | 47 | Redacted Public Version of 46 Sealed Document by Google LLC. (Banner, Brian) (Entered: 03/05/2026) |
| 04/09/2026 | 48 | ORDER of Limited Referral: Scheduling Deadlines and Order. Signed by Judge David A. Ezra. (pg) (Entered: 04/09/2026) |
| 06/30/2026 | 49 | Sealed Order. The Court GRANTS Defendant's Motion toTransfer. (Dkt. # 39 ) It is therefore ORDERED that this case is TRANSFERRED to the Northern District of California. The Clerk of Court is DIRECTED to hold the transfer for five business days from the date of this Order. Signed by Judge David A. Ezra. (pg) (Entered: 06/30/2026) |